FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Aug 07, 2025

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 3:25-mj-462 |
| ) | |
| AJIBOLA ODUNTAN ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of _September 18, 2023, continuing through on or about August 7, 2025__ in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Wire Fraud Conspiracy |

This criminal complaint is based on these facts:
   See attached affidavit.

x☐    Continued on the attached sheet

*Complainant's signature*

S/A Daniel W. Heath
*Printed name and title*

*Sworn to by telephone or other reliable electronic means in accordance with Rule 4.1.*

Date:
City and State: Louisville, Kentucky

*Judge's Signature*

____Regina S. Edwards, U.S. Magistrate Judge____
*Printed Name and Title*

EGM (AUSA initials)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**AJIBOLA ODUNTAN** | Case No. ___3:25-mj-462___<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, Daniel W. Heath, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 18, 2014. Currently, I am assigned to a Cyber squad in the Louisville field office and have primary investigative responsibility for computer-based crimes and cyber intrusion violations. I also have experience working fraud, white collar crime, public corruption, violent gangs, money laundering, robberies, hate crimes, and domestic terrorism. As part of my duties as an FBI special agent, I investigate fraud as defined in 18 U.S.C. § 1343 and 1349.

2. I am a federal law enforcement officer as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, and I am authorized by law to execute an arrest warrant pursuant to Rule 4(c)(1).

3. This affidavit is being submitted in support of a criminal complaint. For the reasons set forth below, I respectfully submit that this affidavit contains probable cause to believe that **AJIBOLA ODUNTAN ("ODUNTAN")** has committed violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1349 (wire fraud conspiracy). I make this affidavit based upon

personal knowledge derived from my participation in this investigation and upon information communicated or reported to me during the investigation by other participants in the investigation. This affidavit is intended to show only that there is probable cause to support the complaint for the requested arrest warrant. This affidavit does not set forth all of my knowledge about this matter.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

5. From 09/20/2023 to 10/08/2023, Kentucky Performing Arts ("KPA"), which operates a theater in Louisville, Kentucky, hosted a run of the Broadway musical, Wicked. At or near the conclusion of the run, KPA received notifications from Visa and Mastercard regarding fraud committed in relation to online purchasing of some of the show's tickets. Stolen credit card numbers were used to make ticket purchases through KPA's purchase path host, Tessitura. Tessitura is a unified software system used by KPA for various functions, including ticketing, customer relationship management, marketing, and analytics. It helps KPA manage its operations, understand its audience, and improve its overall performance, particularly in areas like ticketing and customer engagement.

6. Ticketing platforms like Tessitura run on internet-connected servers. Even if the box office and buyer are in the same city, (which was not the case in this investigation as many of the fraudulent purchasers had out-of-state addresses), the data – including customer

information, payment processing, ticket issuance – may be routed through data centers in other states. Tessitura typically integrates with external payment gateways. These processors settle payments across state lines and may be headquartered or operate servers in different states or countries. Also credit card networks, such as Visa and Mastercard, involve national routing.

7. The affected credit card companies instituted chargebacks for the fraudulent charges incurred by cardholders, costing KPA approximately $100,000 in lost revenue. KPA provided the FBI with the IP addresses, times, and email addresses associated with the purchase of the fraudulently obtained tickets.

8. FBI was able to trace several of these fraudulent transactions to email addresses associated with accounts on StubHub. StubHub is an online ticket marketplace that allows users to buy and sell tickets to live events. From StubHub, the fraud actors could re-sell the tickets purchased with stolen credit card numbers to unsuspecting third parties. KPA was unaware of the fraud and only received notice of the chargebacks after the performances at issue.

9. FBI also discovered that proceeds from the re-sale of the fraudulently obtained tickets would be deposited from StubHub into PayPal accounts. PayPal is a digital payment platform that allows users to send and receive money online. From the PayPal accounts, fraud proceeds could be moved to personal bank accounts or other PayPal users or co-conspirators.

10. FBI has so far identified at least three StubHub accounts and associated PayPal accounts used in furtherance of this ticket scheme. Each of these accounts had several email addresses registered to it that were used to fraudulently obtain tickets from KPA's run of Wicked or which contained evidence of ticket purchases from other venues similar to KPA in various locations across the United States or both.

11. From training and experience, I know that individuals who commit wire fraud use a variety of online names, email addresses, addresses, phone numbers, IP addresses, and virtual private networks (VPNs) in order to obfuscate their online activity and their true identities. Therefore, one online actor may have a variety of names, email addresses, addresses, telephone numbers, and financial accounts. Despite, this fact, many accounts may share similarities that reveal connections that are valuable investigative leads as evidenced herein.

## AJIBOLA ODUNTAN

12. One of the three PayPal accounts FBI has identified as receiving proceeds from sales of fraudulently obtained tickets is PayPal Account No. (5225483847659110000). The account belongs to Ajibola ODUNTAN. ODUNTAN was born in Lagos, Nigeria on 02/20/1978. Currently, ODUNTAN is a resident of Northern Ireland in the United Kingdom and holds an Irish passport. ODUNTAN's home address is 63 Amcomri Street, Belfast Antrim, United Kingdom and his mobile phone number is +44 7482265747, as confirmed on a recent ESTA (Electronic System for Travel Authorization) travel application. ESTA is an online system used by the United States Department of Homeland Security to screen travelers before they are allowed to travel to the United States under the Visa Waiver Program. FBI believes ODUNTAN is imminently planning to travel to the United States.

13. Acts in furtherance of the ticket scheme are attributable to ODUNTAN as follows.

14. On 09/21/2023, online user "Patti Watson" utilizing the email address "lough5748@gmail.com" used a Mastercard credit card ending in 5436 to purchase four (4) tickets to the 09/23/2023 performance of Wicked at KPA. The total purchase price for the tickets was $669.24.

15. As relating to the Mastercard credit card account ending in 5436, on or about 09/30/2023, Mastercard Merchant Services provided a notice of chargeback for fraud to Kentucky Center for the Arts Corp, 501 W Main Street, Louisville, KY 40202-2919 in the amount of $669.24.

16. Subscriber information for the email account lough5748@gmail.com obtained under valid legal process showed that the recovery phone number was +44 7482265747.

17. The phone number + 44 7477118467 was listed as the primary phone number for ODUNTAN on his application for travel to the United States submitted through the Electronic System for Travel Authorization (ESTA).

18. StubHub records obtained by FBI Louisville under valid legal process showed transactions associated with the run of Wicked performances held by KPA from 09/20/2023 to 10/08/2023. Among other information, StubHub identified an account using the phone number +44 7482265747 and email address samesonbar@gmail.com that sold sixty-one (61) tickets to KPA's run of Wicked performances. Payouts for said StubHub account, which totaled over $10,000 for the Wicked performances at KPA, went to a PayPal account.

19. PayPal records obtained under valid legal process showed that the aforementioned PayPal Account No. (5225483847659110000) was registered to ODUNTAN who had the following registered email accounts: fenandexadex@gmail.com, romanslady001@gmail.com, romanslady00@gmail.com, and samesonbar@gmail.com.

20. PayPal records obtained under valid legal process showed that ODUNTAN deposited nearly $350,000 into PayPal from StubHub between January 2023 and July 2024. From September 2023 through July 2024, approximately 14,000 Euros (worth approximately $14,800 US Dollars) were transferred from ODUNTAN's PayPal account to a Revolut LTD

account based in the United Kingdom and registered in ODUNTAN's name. Additionally, approximately 136,000 Euros worth approximately $146,600 US Dollars were transferred from ODUNTAN's PayPal account to unknown account(s) at Allied Irish Banks, P.L.C., a bank headquartered in Ireland.

21. The email account romanslady001@gmail.com was identified by KPA as being directly associated with fraudulent ticket purchasing transactions. Visa credit card number ending in 3853 was used in three separate transactions on 09/18/2023 to purchase a total of five (5) tickets to the 09/22/2023 performance and two (2) tickets to the 9/23/2023 performance of Wicked at KPA.

22. Relating to Visa credit card account ending in 3853, on or about 10/12/2023, Visa Merchant Services provided three notices of chargebacks for fraud to Kentucky Center for the Arts Corp, 501 W Main Street, Louisville, KY 40202-2919 in the amounts of $478.53, $311.22 and $334.62.

23. Email records obtained under valid legal process showed that receipts were emailed to romanslady001@gmail.com from orders@kentuckyperformingarts.org on 09/18/2023 relating to the ticket purchases referenced in paragraphs 21 and 22 herein. The account holder named in the email was "Stacy Kaufman."

24. On 08/15/2023, romanslady001@gmail.com received a ticket order confirmation from broadwaydirect.com@tickets.broadwaydirect.com for the event Wicked (NY) at the Gershwin Theatre in New York, NY. The email was directed to guest "Stacy Kaff."

25. According to information provided to FBI Louisville by KPA, Stacy Kaufman, and Stacy Kaff were names used during fraudulent ticket purchases for the Wicked show at issue in this investigation.

26. The email account romanslady00@gmail.com was identified by KPA as being directly associated with fraudulent ticket purchasing transactions. Visa credit card number ending in 9231 was used in two separate transactions on 09/30/2023 to purchase a total of four (4) tickets to the 10/03/2023 performance of Wicked at KPA.

27. Relating to Visa credit card account ending in 9231, on or about 10/04/2023, Visa Merchant Services provided two notices of chargebacks for fraud to Kentucky Center for the Arts Corp, 501 W Main Street, Louisville, KY 40202-2919 in the amounts of $299.53 and $426.01.

28. Email records obtained under valid legal process showed that receipts were emailed to romanslady00@gmail.com from orders@kentuckyperformingarts.org on 09/30/2023 relating to the ticket purchases referenced in paragraphs 26 and 27 herein. The account holder named in the email was "Andrew Bailey."

29. On 10/16/2023, romanslady00@gmail.com received a ticket confirmation email from tickets@playhousesquare.org relating to the purchase of four (4) tickets to the Broadway show "The Book of Mormon" at KeyBank State Theatre in Cleveland, Ohio. The email was directed to customer "Stacy Marthins."

30. On 08/15/2023, romanslady00@gmail.com received a ticket order confirmation from broadwaydirect.com@tickets.broadwaydirect.com for the event MJ (NY) at the Neil Simon Theatre in New York, NY. The email was directed to guest "Stacy Kaff."

31. According to information provided to FBI Louisville by KPA, Andrew Bailey, Stacy Marthins, and Stacy Kaff, all were names used during fraudulent ticket purchases for the Wicked show at issue in this investigation.

32. "Stacy Marthins" was a name known to be used by a co-conspirator of ODUNTAN as well. On 09/18/2023, the online user "Stacy Marthins" with a stated address of "1115 Chester St., Plymouth, IN, 46563," and email address "samsonjayjames@gmail.com" used a Visa credit card ending in 8401 to purchase four (4) tickets to the 09/26/2023 performance and four (4) tickets to the 09/27/2023 performance of Wicked at KPA. The total purchase price for the tickets was $1,198.08.

33. As relating to the Visa credit card account ending in 8401, on or about 10/30/2023, Visa Merchant Services provided four (4) separate notices of chargebacks for fraud to Kentucky Center for the Arts Corp, 501 W Main Street, Louisville, KY 40202-2919 for the following amounts: $264.42, $264.42, $334.62, and $334.62 – totaling $1,198.08.

34. StubHub records obtained by FBI Louisville under valid legal process showed transactions associated with the run of Wicked performances held by KPA from 09/20/2023 to 10/08/2023. Among other information, StubHub identified an account using the email address stacymarthins@gmail.com with a registered address of 1115 Chester St., Plymouth, IN, 46563 that sold seventy-seven (77) tickets to KPA's run of Wicked performances including five (5) tickets to the 9/26/2023 performance and four (4) tickets to the 9/27/2023 performance. Said StubHub account had an associated PayPal payout account.

35. PayPal records obtained under valid legal process showed that the aforementioned PayPal account (2270255690631435043) was registered to Lesley Okoro, another known subject in FBI Louisville's investigation, who had the following registered email accounts: stacymarthins@gmail.com, perritocrown@gmail.com, lupeperrito@gmail.com, fenandexjohnson@gmail.com, and lesleynokoro@gmail.com

36.     Email records obtained under valid legal process showed that samesonbar@gmail.com, another one of the email accounts associated with ODUNTAN's PayPal account, sent more than thirty (30) emails between 01/10/2025 and 02/18/2025 to email address trochc2@gmail.com containing unique credit card information for U.S. residents including the following: credit card number, CVV, expiration date, name, address, zip code, card type, and bank name. None of the cards belonged to ODUNTAN, who is a resident of the United Kingdom. From my training and experience, I know that individuals who commit online fraud use stolen credit card information to make purchases online.

37.     Records returned under valid legal process showed that the email address samesonbar@gmail.com was also linked by phone number +44 7482265747 to the email address lough5748@gmail.com, which was directly used in a fraudulent ticket purchase as stated in paragraph 14 herein. Phone number +44 7482265747 was linked to ODUNTAN's ESTA application to travel to the United States, a StubHub account that sold sixty-one (61) tickets, totaling over $10,000, to KPA's run of Wicked performances, and a Revolut bank account in ODUNTAN's name.

## SUMMARY

38.     There is probable cause to believe that ODUNTAN committed wire fraud and/or conspiracy to commit wire fraud, for the following reasons:

- The email account lough5748@gmail.com was directly used to purchase tickets from KPA using a Mastercard credit card number that ultimately resulted in chargebacks for fraud. The recovery phone number for the account lough5748@gmail.com (+44 7477118467) is the phone number linked to ODUNTAN's ESTA application to travel to the United States.

- The phone number linked to ODUNTAN's ESTA application is also the phone number linked to a StubHub account that sold sixty-one (61) tickets, totaling over $10,000, to KPA's run of Wicked performances.

- ODUNTAN's PayPal account received nearly $350,000 in deposits from StubHub from January 2023 to July 2024.

- From September 2023 through July 2024, approximately 14,000 Euros (worth approximately $14,800 US Dollars) were transferred from ODUNTAN's PayPal account to a Revolut LTD account based in the United Kingdom and registered in ODUNTAN's name.

- The email accounts romanslady001@gmail.com and romanslady00@gmail.com, both of which were registered to ODUNTAN's PayPal payout account, were directly used to purchase tickets from KPA using Visa credit card numbers that ultimately resulted in chargebacks for fraud.

- The account samesonbar@gmail.com was the registered email account for a StubHub account that sold sixty-one (61) tickets, totaling over $10,000, to KPA's run of Wicked performances. This was the same StubHub account linked to ODUNTAN's phone number and PayPal account. The account samesonbar@gmail.com also sent more than thirty (30) emails with unique credit card information relating to U.S. residents.

39. I believe that the facts set forth above support that there is probable cause to believe that beginning at a time unknown but no later than in or around 09/18/2023 to at least 10/08/2023, in the Western District of Kentucky and elsewhere, AJIBOLA ODUNTAN, committed violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1349 (wire fraud conspiracy).

WHEREORE, your Affiant respectfully requests that the Court issue a warrant for the arrest of AJIBOLA ODUNTAN.

Respectfully submitted,

Daniel W. Heath
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Cr. P. 4.1 on ___August 7___, 2025.

HONORABLE REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 3:25-mj-462 |
| ) | |
| AJIBOLA ODUNTAN_____ ) | |
| *Defendant* | |

**ARREST WARRANT**

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* **Ajibola Oduntan,**
who is accused of an offense or violation based on the following document filed with the court:

- ❑ Indictment       ❑ Superseding Indictment       ❑ Information
- ❑ Superseding Information   ☒ Complaint       ❑ Probation Violation Petition
- ❑ Supervised Release Violation Petition  ❑ Violation Notice       ❑ Order of the Court

this offense is briefly described as follows:

18 U.S.C. § 1343     Wire Fraud
18 U.S.C. § 1349     Wire Fraud Conspiracy

Date: August 7, 2025                              _____
                                                                      *Issuing officer's signature*

City and State:   __Louisville, Kentucky_____   ____Regina S. Edwards, U.S. Magistrate Judge_____
                                                                                         *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____                _____
                                                                *Arresting officer's signature*

                                                                _____
                                                                 *Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

***(Not for Public Disclosure)***

Name of defendant/offender:

Known aliases:

Last known residence:

Prior address to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security Number:

Height:                                                  Weight:

Sex:                                                       Race:

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

history of violence, weapons, drug use:

Known family, friends and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial service or probation officer *(if applicable)*:

Date of last contact of pretrial services or probation officer *(if applicable)*:

```
                                    FILED
                            JAMES J. VILT JR., CLERK
                              U.S. DISTRICT COURT
                               W/D OF KENTUCKY

                         Date:        Aug 07, 2025
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO.   3:25-mj-462

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
A CRIMINAL COMPLAINT AND ARREST
WARRANT FOR AJIBOLA ODUNTAN

## MOTION

Comes the United States of America, by counsel, Kyle G. Bumgarner, United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated August 7, 2025, because the investigation is ongoing. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/Erin McKenzie*
Erin McKenzie
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO.   3:25-mj-462

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
FOR A CRIMINAL COMPLAINT AND ARREST
WARRANT FOR AJIBOLA ODUNTAN

## ORDER

Upon motion of the United States of America, by counsel, Kyle G. Bumgarner, United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Regina S. Edwards, Magistrate Judge
United States District Court

August 7, 2025